IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>PASTOR J TORRES BURGOS<br><br>LILLIAM I QUINONES TORRES<br><br><br>XXX-XX-3447<br><br>XXX-XX-1712<br><br><br>Debtor(s) | CASE NO. 10-10475 MCF<br><br>Chapter 13<br><br><br><br>FILED & ENTERED ON 04/25/2011 |

ORDER

The motion filed by DEBTOR requesting order authorizing debtors to use their 2010 income tax refund for personal use (docket #23) is hereby granted.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 25 day of April, 2011.

*Mildred Caban*

Mildred Caban Flores
U.S. Bankruptcy Judge

CC:  DEBTOR(S)
     MADELINE  SOTO PACHECO
     ALEJANDRO  OLIVERAS RIVERA
     DEBTOR